UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| Leeann Jones ) | CHAPTER 13 CASE NO.  07-21903-jpk |
| ) | |
| DEBTOR ) | |

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $1,222.26  into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. The debtor's case was converted to Chapter 7 on September 16, 2009 and the Trustee sent the debtor a refund which was received from the debtor's employer after the case was converted.

3. Said check was returned by the Post Office as "Attempted not known" Unable to Forward".  The Trustee is unable to locate debtor.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $1,222.26 into U.S. Treasury Fund 6047BK on behalf of Debtor, Leeann Jones whose last known address was 3612 West 123rd Place, Crown Point, IN 46307.

                                                    **/s/    Paul R. Chael**
                                                  Paul R. Chael, Trustee
                                                  Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on February 3, 2010 to the attorney for the debtor and the United States Trustee..

                                                  /s/   Paul R. Chael
                                                  Paul R. Chael, Chapter 13 Trustee
                                                  401 W. 84th Drive, Suite C
                                                  Merrillville, IN 46410
                                                  (219) 650-4015